Case 2:20-tp-14005-KMM Document 1 Entered on FLSD Docket 11/03/2020 Page 1 of 1
Case 3:11-cr-00005-HES-JRK Document 943 (Court only) Filed 10/23/20 Page 1 of 1
PageID 6446

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:11-cr-5-(S2)-J-20JRK

DOCKET NUMBER *(Rec. Court)*
20-14005-T/P-MOORE/MAYNARD

FILED BY ___CGA___ D.C.
Nov 3, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Zachary Timothy Rose

Fort Pierce, Florida 34951

**DISTRICT**: Middle District of Florida

**DIVISION**: Jacksonville

**NAME OF SENTENCING JUDGE**: The Honorable Harvey E. Schlesinger

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM: 08/29/2019
TO: 08/28/2025

**OFFENSE**

Distribute and Dispense Oxycodone, Distribute and Dispense Oxycodone and Alprazolam; Conspiracy to Commit Money Laundering

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Oct 21, 2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/3/2020
*Effective Date*

*United States District Judge*