UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.

CASE NOS. 3:11-cr-5-J-20JRK
3:12-cr-186-J-32JRK

ZACHARY TIMOTHY ROSE
_____/

ORDER

**THIS CAUSE** is before this Court on the Government's "Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b)" (Dkt. 916). Upon review of the record, it appears to this Court that Defendant Rose provided substantial assistance to the government. The government recommends that Defendant Rose receive a 2-level downward departure of his sentence.

Based upon the substantial assistance provided by Defendant Rose pursuant to Fed. R. Civ. P. 35(b)(2), it is hereby,

**ORDERED AND ADJUDGED** that Judgment filed on July 18, 2014 (Dkt. 871) is modified as follows:

A. Defendant's offense level is reduced by **by two (2) levels**, which provides a new guideline range of 151 to 188 months of imprisonment at Offense Level 32, Criminal History Category III.

B. Defendant's sentence is modified so the term of imprisonment is reduced from:

1. **188 months on Count One in case number 3:11-cr-5(S2)-J-20JRK to** _120_ months on Count One;

2. **188 months on Count One in case number 3:12-cr-186-J-32JRK to** _120_

months in Count One;

3. **120 months on Count Two in case number 3:12-cr-186-J-32JRK to** 120 **months in Count Two; and**

4. **All such terms to run concurrently.**

C. All other provisions of the Judgment entered on July 18, 2014 (Dkt. 871) shall remain in full force and effect.

**DONE AND ENTERED** at Jacksonville, Florida, this 12th day of August, 2015.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jay Taylor, Esq.
William Sheppard, Esq.
Probation Office
United States Bureau of Prisons